1

SCHOONMAKER CONNORS CO., Inc., Libelant-Appellee, v. Benno LEVISON and Lois C. Levison, Respondents-Appellants.

(Circuit Court of Appeals. Second Circuit. December 6, 1926.)

No. 101.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree in admiralty, entered in the District Court for the Southern District of New York.

McManus, Ernst & Ernst, of New York City (Curley C. Hoffpauir, of New York City, of counsel), for appellants.

William F. Purdy, of New York City, for appellee.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs.

2

UNITED STATES, Libelant-Appellee, v. Steam Screw STANDARD, Her Engines, etc.; Israel Cohen, Claimant-Appellant.

(Circuit Court of Appeals, Second Circuit. January 21, 1927.)

No. 177.

Appeal from the District Court of the United States for the Southern District of New York.

Herman L. Falk, of New York City (Clement E. Dunbar, of New York City, of counsel), for appellant.

Emory R. Buckner, U. S. Atty., of New York City (James A. Farmer, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree reversed in open court.